IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSHEL LEE ROBINSON     PLAINTIFF

v.     No. 5:12-cv-383-DPM

MINE SAFETY APPLIANCES
COMPANY, *et al.*     DEFENDANTS

### ORDER

**1.** Robinson's unopposed motion to dismiss, № 184, is granted. All claims and cross claims against Vulcan Materials are dismissed without prejudice.

**2.** The motion to withdraw, № 186, is granted. Mark C. Burgess is no longer associated with this case.

**3.** The Court still needs a status report about the discovery issues and the motion to compel. Joint report from Robinson and the remaining parties moving to compel (3M Company, Clemco Industries Corp., Empire Abrasive Equipment Corp., Empire Abrasive Equipment Co. LP, Mine Safety Appliances Co., Mississippi Valley Silica Co. Inc., Pangborn Corp., Pine Bluff Sand and Gravel Co., and Precision Packaging, Inc.) due 29 July 2013.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2013