IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSHEL LEE ROBINSON                                           PLAINTIFF

v.                               No. 5:12-cv-383-DPM

MINE SAFETY APPLIANCES CO.;
AMERICAN OPTICAL CORP.;
3M CO.; PANGBORN CORP.;
PRECISION PACKAGING, INC.;
MORIE COMPANY, a/k/a Unimin Corp.;
PINE BLUFF SAND AND GRAVEL CO.;
E D BULLARD CO.; EMPIRE ABRASIVE
EQUIPMENT CORP.; CLEMCO
INDUSTRIES INC., MISSISSIPPI VALLEY
SILICA CO. INC.; UNIMIN CORP.;
DOES, John & Jane 1-500; and DOE CORP.,
John and Jane 1-491                                 DEFENDANTS

ORDER

The Court has reviewed the amended complaint, № 193. It is much leaner and more particularized. The Court thanks and commends Robinson. It eliminates five companies as defendants: Empire Abrasive Equipment Co. L.P., Schmidt Manufacturing Inc., Bob Schmidt Inc., Pauli & Griffin Co., and Kelco Sales & Engineering Co. Pauli & Griffin's motion to dismiss, № 195, is granted. All Robinson's claims against these five defendants are dismissed

without prejudice; and all these parties' cross claims are dismissed without prejudice too.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2013