IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSHEL LEE ROBINSON                                                    PLAINTIFF

v.                            No. 5:12-cv-383-DPM

MINE SAFETY APPLIANCES CO.;
AMERICAN OPTICAL CORP.; 3M CO.;
PANGBORN CORP.; PRECISION
PACKAGING INC.; MORIE COMPANY,
a/k/a Unimin Corp.; PINE BLUFF SAND AND
GRAVEL CO.; E.D. BULLARD CO.; EMPIRE
ABRASIVE EQUIPMENT CORP.; CLEMCO
INDUSTRIES; MISSISSIPPI VALLEY SILICA
CO. INC.; UNIMIN CORP.; DOES, John &Jane
1-500; and DOE CORP., John & Jane 1-491                  DEFENDANTS

ORDER

Robinson's unopposed motion to dismiss, № 215, granted. All of Robinson's claims and all cross claims against Mississippi Valley Silica Company are dismissed without prejudice. Motion, № 208, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2013