IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSHEL LEE ROBINSON                                                PLAINTIFF

v.                              No. 5:12-cv-383-DPM

MINE SAFETY APPLIANCES CO.;
AMERICAN OPTICAL CORP.; 3M CO.;
PANGBORN CORP.; PRECISION
PACKAGING INC.; MORIE COMPANY,
a/k/a Unimin Corp.; PINE BLUFF SAND AND
GRAVEL CO.; E.D. BULLARD CO.; EMPIRE
ABRASIVE EQUIPMENT CORP.; CLEMCO
INDUSTRIES INC.; UNIMIN CORP.;
DOES, John & Jane 1-500; and DOE CORP.,
John & Jane 1-491                                                   DEFENDANTS

ORDER

Robinson's unopposed motion to dismiss, № 239, granted. All of Robinson's claims against Unimin Corporation, The Morie Company, Inc., and Pine Bluff Sand and Gravel are dismissed without prejudice. All cross claims against these three parties are dismissed without prejudice too.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 December 2013