IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSHEL LEE ROBINSON            PLAINTIFF

v.           No. 5:12-cv-383-DPM

MINE SAFETY APPLIANCES CO.;
AMERICAN OPTICAL CORP.; 3M CO.;
PANGBORN CORP.; PRECISION
PACKAGING INC.; E.D. BULLARD CO.; EMPIRE
ABRASIVE EQUIPMENT CORP.; CLEMCO
INDUSTRIES INC.; DOES, John & Jane 1-500;
and DOE CORP., John & Jane 1-491            DEFENDANTS

ORDER

Unopposed motion to dismiss, № 257, granted. All of Robinson's claims, and all cross claims, against Empire Abrasive Equipment Corporation are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 January 2014