IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSHEL LEE ROBINSON                                             PLAINTIFF

v.                          No. 5:12-cv-383-DPM

MINE SAFETY APPLIANCES CO.;
PANGBORN CORP.; PRECISION
PACKAGING INC.; E.D. BULLARD CO.;
CLEMCO INDUSTRIES INC.; DOES,
John & Jane 1-500; and DOE CORP.,
John & Jane 1-491                                                DEFENDANTS

ORDER

1. Motion, № 279, granted. The Court's 19 August 2013 order needs supplementing. All parties' cross claims against Empire Abrasive Equipment Co. L.P., Schmidt Manufacturing Inc., Bob Schmidt Inc., Pauli & Griffin Co., and Kelco Sales & Engineering Co. are dismissed without prejudice.

2. No one has objected to dismissing the Doe Defendants, № 258. The deadline to amend pleadings has passed. All of Robinson's claims and all cross claims against all the Doe Defendants are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2014