IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSHEL LEE ROBINSON                      PLAINTIFF

v.                No. 5:12-cv-383-DPM

MINE SAFETY APPLIANCES CO.;
PANGBORN CORP.; PRECISION
PACKAGING INC.; E.D. BULLARD CO.;
and CLEMCO INDUSTRIES INC.              DEFENDANTS

## ORDER

1. The opposed motion to continue, № 307, is granted. The parties are mired in discovery. And this case is set for trial behind an older case that needs resolution. An Amended Final Scheduling Order with new discovery and pre-trial deadlines, and a new trial date, will issue. The motion to strike Robinson's belated discovery, № 306, is denied as moot.

2. The Court would appreciate a complete condensed transcript of any deposition cited as an exhibit in any filed paper. № 225 at 3. Supplemental filings due by 3 March 2014.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

26 February 2014