IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSHEL LEE ROBINSON                                              PLAINTIFF

v.                          No. 5:12-cv-383-DPM

MINE SAFETY APPLIANCES CO.;
PANGBORN CORP.; PRECISION
PACKAGING INC.; E.D. BULLARD CO.;
and CLEMCO INDUSTRIES INC.                                       DEFENDANTS

ORDER

Defendants' motion to stay the summary judgment briefing, № 337, is denied. Robinson's responses due by 20 March 2014. Any replies due by 31 March 2014. The disclosure issues should be explored at Dr. Ridgeway's upcoming deposition. Defendants may then file a separate motion for sanctions if they choose to do so. But this older case needs to keep moving forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 March 2014