IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HERSHEL LEE ROBINSON**                                                              **PLAINTIFF**

v.                                         No. 5:12-cv-383-DPM

**MINE SAFETY APPLIANCES CO.;
AMERICAN OPTICAL CORP.; 3M CO.;
PANGBORN CORP.; CLARK SAND CO. INC;
DEPENDABLE ABRASIVES INC.; PRECISION
PACKAGING INC.; MORIE CO.,** a/k/a **Unimin
Corp.; PINE BLUFF SAND AND GRAVEL
CO.; E.D. BULLARD CO.; EMPIRE
ABRASIVE EQUIPMENT CORP.; EMPIRE
ABRASIVES EQUIPMENT CO. LP,; CLEMCO
INDUSTRIES INC.; SCHMIDT MANUFACTURING INC.;
BOB SCHMIDT INC; PAULI & GRIFFIN CO.;
KELCO SALES & ENGINEERING CO.;
MISSISSIPPI VALLEY SILICA CO. INC.;
STANDARD SAND & SILICA CO.;
UNIMIN CORP.; VULCAN MATERIALS CO.;
DOES, John & Jane 1-500; and DOE CORP.,
John & Jane 1-491**                                                                **DEFENDANTS**

## JUDGMENT

Robinson's claims against Dependable Abrasives, Inc., Standard Sand & Silica Co., Vulcan Materials Co., Empire Abrasive Equipment Co. L.P., Schmidt Manufacturing Inc., Bob Schmidt Inc., Pauli & Griffin Co., Kelco Sales & Engineering Co., Mississippi Valley Silica Co. Inc., Unimin Corp.,

Morie Co., Pine Bluff Sand and Gravel Co., Empire Abrasive Equipment Corp., 3M Co., and all Doe defendants are dismissed without prejudice. All cross claims by and against those parties are dismissed without prejudice too. № 158, 159, 188, 198, 216, 241, 259, & 263. Robinson's claims against Clark Sand Co. Inc. and American Optical Corp. are dismissed with prejudice. № 183 & 263. All cross claims by and against Clark Sand Co. Inc. and American Optical Corp. are dismissed without prejudice. № 183 & 263.

Robinson's complaint against Mine Safety Appliances Co., Pangborn Corp., Precision Packaging Inc., E.D. Bullard Co., and Clemco Industries Inc. is dismissed with prejudice. All cross claims by and against these parties are dismissed without prejudice as moot. Case dismissed.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 July 2014